| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murtha, J. Garvan | U.S. District Court - Vermont | 3/31/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ○ Nomination, Date<br>○ Initial  ◉ Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>P.O. Box 760<br>Brattleboro, VT 05302-0760 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | ▬ Limited Partnership #1 |
| 2. | Partner | ▬ Limited Partnership #2 |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |

**B. Spouse's Non-Investment Income** (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | New York Intellectual Property Law Association | New York, NY, March 28, 2003 — Awards dinner (meals, hotel, transportation) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murtha, J. Garvan | 3/31/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Pwr. Conv. Common Stock | | None | J | T | | | | | |
| 2. Amgen Common Stock | | None | K | T | | | | | |
| 3. Cathay Bank Common Stock | A | Dividend | K | T | | | | | |
| 4. Eastern Co. Common Stock | A | Dividend | K | T | | | | | |
| 5. Exxon-Mobil Common Stock | B | Dividend | L | T | | | | | |
| 6. Federated U.S. Treas Cash Res | A | Interest | K | T | Buy | 9/30 | K | | |
| 7. Fidelity Growth T Fund | A | Dividend | | | Sell | 9/17 | J | A | |
| 8. Kaman Corp. Common Stock | B | Dividend | K | T | | | | | |
| 9. Medtronic, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 10. Paine Webber Cash Fund | A | Interest | | | Liquidation | 9/17 | | | |
| 11. Putnam New Op. Fund | A | Dividend | | | Sell | 9/17 | J | | |
| 12. Verizon Common Stock | A | Dividend | K | T | | | | | |
| 13. Webster Fincl. Corp. | B | Dividend | K | T | | | | | |
| 14. Merchants Bank Account | A | Interest | L | T | | | | | |
| 15. U.S. Savings Bond | A | Interest | L | T | No need to report; no longer dependent | | | | |
| 16. Brattleboro Country Club | A | Interest | J | W | | | | | |
| 17. Brattleboro Racquetsports, VT | | None | J | W | | | | | |
| 18. Brattleboro Tennis Club, VT | | None | J | W | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Ocean Reef Yacht Club Timeshare | | None | J | W | | | | | |
| 20. ▇ Limited Partnership #1 | E | Div. & Int. | P1 | T | | | | | |
| 21. - Automatic Data Processing Stock | | | | | | | | | |
| 22. - Becton Dickinson Stock | | | | | | | | | |
| 23. - Citigroup Stock | | | | | | | | | |
| 24. - Columbia Mid Cap Value Fund, fmrly Liberty Select Value Fd | | | | | | | | | |
| 25. - Columbia Sm. Cap Fund, fmrly Liberty Sm. Cap Fund | | | | | | | | | |
| 26. - Columbia Sm. Co. Equity Fund, fmrly Liberty Sm. Co. Eq. Fd | | | | | | | | | |
| 27. - Conagra Stock | | | | | | | | | |
| 28. - Dell Stock, formerly Dell Computer Stock | | | | | | | | | |
| 29. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 30. - Ely Lilly Stock | | | | | | | | | |
| 31. - Federal Nat'l Mtg. Stock | | | | | | | | | |
| 32. - Hartford Fin'l Stock | | | | | | | | | |
| 33. - Liberty Int'l Equity Fund, formerly Galaxy Fd. Int'l Eq. G | | | | | Sell | 1/02 | L | | |
| 34. - Oracle Stock | | | | | | | | | |
| 35. - Pepsico Stock | | | | | | | | | |
| 36. - Pfizer Stock | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Procter & Gamble Stock | | | | | | | | | |
| 38. - Target Stock | | | | | | | | | |
| 39. - Weyerhaeuser Stock | | | | | | | | | |
| 40. ▬ Limited Partnership #2 | G | Div. & Int. | P2 | T | | | | | |
| 41. - Aegon N.V. Ord. Stock | | | | | Sell | 3/28 | M | G | |
| 42. - Amgen Stock | | | | | | | | | |
| 43. - Automatic Data Processing Stock | | | | | | | | | |
| 44. - Cardinal Health Stock | | | | | | | | | |
| 45. - Caterpillar Stock | | | | | | | | | |
| 46. - Cathay Bancorp Stock | | | | | | | | | |
| 47. - Columbia Mid Cap Fd, formerly Liberty Select Value Fund | | | | | | | | | |
| 48. - Columbia Small Cap Fd, formerly Liberty Small Cap Fund | | | | | | | | | |
| 49. - Compudyne Stock | | | | | | | | | |
| 50. - Conagra Foods Stock | | | | | | | | | |
| 51. - CSX Corp. Stock | | | | | | | | | |
| 52. - Dana Corp. | | | | | | | | | |
| 53. - Dell Stock, formerly Dell Computer Stock | | | | | | | | | |
| 54. - Dreyfus Tax Exempt Fund | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Eastman Kodak Stock | | | | | | | | | |
| 56. - Exxon Mobil Stock | | | | | | | | | |
| 57. - Federated Muni Ultrashort Fund | | | | | Buy | 4/2 | N | | |
| 58. - First Data Stock | | | | | | | | | |
| 59. - FleetBoston Stock | | | | | | | | | |
| 60. - Franklin Res. Stock | | | | | | | | | |
| 61. - General Motors Stock | | | | | | | | | |
| 62. - Genzyme Stock | | | | | | | | | |
| 63. - Houston Tex Arpt Bonds | | | | | | | | | |
| 64. - Hughes Electronic Corp. | | | | | Buy | 12/24 | J | | |
| 65. - Lubrizol Corp. Stock | | | | | | | | | |
| 66. - Microsoft Stock | | | | | | | | | |
| 67. - Morgan J.P. Chase Stock | | | | | | | | | |
| 68. - News Corp. Ltd. | | | | | Merger | 12/24 | J | | |
| 69. - Procter & Gamble Stock | | | | | | | | | |
| 70. - Providian Fin'l Stock | | | | | Sell | 3/28 | K | E | |
| 71. - Royal Dutch Pet. Stock | | | | | | | | | |
| 72. - Staples Stock | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Target Stock | | | | | | | | | |
| 74. - Weyerhaeuser Stock | | | | | | | | | |
| 75. Trust Company of VT - IRA | A | Div. & Int. | M | T | | | | | |
| 76. - Dodge & Cox Stock Fund | | | | | | | | | |
| 77. - Federated Prime Oblig. Fund | | | | | | | | | |
| 78. - Fidelity Contra #22 | | | | | | | | | |
| 79. - Fidelity Select Elect. Fund | | | | | | | | | |
| 80. - Janus Enterprise Fund | | | | | | | | | |
| 81. - Janus Twenty Fund | | | | | | | | | |
| 82. - PIMCO RCM Biotech Fund | | | | | | | | | |
| 83. - PIMCO Short Term Institutional Fund | | | | | Buy | 3/12 | J | | |
| 84. Trust #1 | E | Div. & Int. | O | | | | | | |
| 85. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 86. - Exxon Mobil Stock | | | | | | | | | |
| 87. - Federated Muni Fd. | | | | | | | | | |
| 88. - Providian Stock | | | | | | | | | |
| 89. Trust #2 | E | Div. & Int. | P1 | | | | | | |
| 90. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 3/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Federated Muni Ultrashort Fund | | | | | Buy | 4/2 | L | | |
| 92. - Fleet Boston Stock | | | | | | | | | |
| 93. - Kaman Stock | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murtha, J. Garvan | 3/31/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Murtha, J. Garvan | Date of Report<br><br>3/31/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig                                                                Date   **3/31/04**

NOT~~E: ANY INDIVIDUAL WHO KNOWINGLY AND WILL~~FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544